Same case below, 638 F.3d 768.

**No. 11-274. Dawn Auten, Petitioner v. Robert J. Steigmann, et al.**

565 U.S. 1014, 132 S. Ct. 550, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 7988.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-280. Global Industrial Technologies, Inc., Petitioner v. Hartford Accident and Indemnity Company, et al.**

565 U.S. 1014, 132 S. Ct. 551, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 8067.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 645 F.3d 201.

**No. 11-281. Pedro Aguilar-Raygoza, Petitioner v. Nevada.**

565 U.S. 1014, 132 S. Ct. 551, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 8037.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 349, 255 P.3d 262.

**No. 11-292. Alea London Limited, Petitioner v. American Home Services, Inc., et al.**

565 U.S. 1014, 132 S. Ct. 553, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 7985.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-307. Jason A. Zangara, Petitioner v. Somerset Medical Center.**

565 U.S. 1014, 132 S. Ct. 553, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 7991.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

**No. 11-332. Bao Quan Pan, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1014, 132 S. Ct. 555, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 8066.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-337. Western Radio Services, Company, et al., Petitioners v. United States Forest Service.**

565 U.S. 1014, 132 S. Ct. 555, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 8036.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 558.

**No. 11-340. Sprint Spectrum, L.P., Petitioner v. Ramzy Ayyad, et al.**

565 U.S. 1014, 132 S. Ct. 555, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 8028.

November 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.